**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1150**

_____

TODD W. SHORT,

        Plaintiff - Appellant,

      v.

MICHAEL BOYD, FBI Special Agent, in his individual capacity; JOHN DOES, FBI Special Agents 1-6, in their individual capacities,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:23-cv-00207-MR-WCM)

_____

Submitted:  May 30, 2024                          Decided:  June 4, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Todd W. Short, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd W. Short seeks to appeal the district court's order denying his motion for a temporary restraining order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Absent exceptional circumstances, the denial of a motion for a temporary restraining order is considered interlocutory and is not appealable. *See Off. of Pers. Mgmt. v. Am. Fed'n of Gov't Emps.*, 473 U.S. 1301, 1303-04 (1985). Exceptional circumstances exist where the denial effectively decides the merits of the case. *See Virginia v. Tenneco, Inc.*, 538 F.2d 1026, 1029-30 (4th Cir. 1976). Upon a review of the record, we conclude that no such exceptional circumstances are present in this case.

Accordingly, we dismiss this appeal for lack of jurisdiction. Additionally, we deny Short's motion for preparation of a transcript at government expense and we deny as moot his motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2